Attorney(s)   Lipsky Lowe LLP
Index #   **1:18-CV-06395-JGK**
Purchased/Filed: July 18, 2018
State of New York
Court:   U. S. District
County:   Southern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Thomas J Olsen, Individually and on behalf og all other persons similarly situated

against

Thom Browne Inc

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age: 55 Yrs.

Weight: 120 Lbs.   Height: 5' 0"   Sex: Female   Color of skin: White

Hair color: Brown   Other: _____

__Robert Guyette__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __August 6, 2018__, at __12:49 PM__, at the office of the Secretary of State of the State of NY located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served Summons in A Civil Action & Complaint

on

**Thom Browne Inc**

the Defendant in this action, by delivering to and leaving with __Sue Zouky__ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __$40__ dollars; That said service was made pursuant to Section __BUSINESS CORPORATION LAW §306.__

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

6th day of August 2018

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Robert Guyette
Invoice·Work Order # 1821677
Attorney File # **Olsen**